Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

Attorneys for Defendant Lyft, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lillian Woods and Melinda Hotchkins, individually and as personal representatives of the Estate of Danisha Smith, Nikki Veal, and Carolyn Barker,<br><br>Plaintiffs,<br><br>v.<br><br>Lyft, Inc. a Delaware Corporation: Does 1-5 and ROE entities 1-5 as executors or administrators of the Estate of Romualdo Sales Barrientos, JR, and Does 6-10 and Roe Entities 6-10<br><br>Defendants. | Case No. 2:23-cv-00807-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME REGARDING BRIEFING OF DEFENDANT LYFT, INC.'S 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>(First Request) |

Plaintiffs Lillian Woods, Melinda Hotchkins, Nikki Veal, and Carolyn Barker ("Plaintiffs"), and Defendant Lyft, Inc. ("Lyft") (Plaintiffs and Lyft, collectively, the "Parties"), hereby stipulate and agree as follows regarding the briefing schedule in connection with Lyft's 12(b)(6) Motion to

1

Dismiss for Failure to State a Claim (ECF 5) (the "Motion to Dismiss"), which was filed on May 31, 2023:

    1.    Plaintiffs' response to Lyft's Motion to Dismiss, currently due by June 14, is now due on June 21, 2023;

    2.    Lyft's Reply in Support of the Motion to Dismiss will be due by July 7, 2023;

    3.    This is the first request for extension of time regarding the briefing related to Lyft's Motion to Dismiss; and

    4.    Good cause for this extension exists because Lyft's counsel will be on parental leave.

| Dated this 5th day of June, 2023 | Dated this 5th day of June, 2023 |
|---|---|
| **REISMAN SOROKAC** | **LAW OFFICE OF DAN M. WINDER, P.C.** |
| */s/ Louis E. Garfinkel, Esq.* | */s/ Dan M. Winder, Esq.* |
| Joshua H. Reisman, Esq. | Dan M. Winder, Esq. |
| Nevada Bar No. 7152 | Nevada Bar No. 1569 |
| Louis E. Garfinkel, Esq. | Arnold Weinstock, Esq. |
| Nevada Bar No. 3416 | Nevada Bar No. 810 |
| Jody W. Hagins, Esq. | 3507 West Charleston Boulevard |
| Nevada Bar No, 11983 | Las Vegas, Nevada 89102 |
| 8965 South Eastern Avenue, Suite 382 | Telephone:  702-878-6000 |
| Las Vegas, Nevada 89123 | *Attorneys for Plaintiffs* |
| Telephone:  702-727-6258 | |
| *Attorneys for Defendant* | |
| *Lyft Inc.* | |

IT IS SO ORDERED.



_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 6, 2023

Case No.: 2:23-cv-00807-RFB-VCF

*Respectfully submitted by*:

**REISMAN SOROKAC**

*/s/ Louis E. Garfinkel, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No, 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone:  702-727-6258
*Attorneys for Defendant Lyft Inc.*

REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Phone: (702) 727-6258 Fax: (702) 446-6756