LAW OFFICE OF DAN M. WINDER, P.C.
Dan M. Winder, Esq.
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Phone: (702) 474-0523
Fax: (702) 474-0631
winderdanatty@aol.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lillian Woods and Melinda Hotchkins, Individually and as personal representatives of The Estate of Danisha Smith, Nikki Veal, and Carolyn Baker<br><br>Plaintiffs,<br>v.<br><br>Lyft. Inc. a Delaware Corporation: Does 1-5 and ROE entities 1-5 as executors or administrators of the Estate of Romualdo Sales Barrientos, JR, and Does 6-10 and Roe Entities 6-10<br><br>Defendants. | Case No.: 2:23-cv-00807-RFB-VCF<br><br>**STIPULATION AND ORDER**<br>**TO**<br>**EXTEND TIME FOR BRIEFING**<br>**ON**<br>**ALL PENDING MOTIONS**<br><br>**(Second request for Defendant Lyft's Motion to Dismiss**<br><br>**(First request for Defendant Barrientos Estate's Motion to Dismiss** |

Plaintiff Lillian Woods, Melinda Hotchkins, Nikki Veal, and Carolyn Barker ("Plaintiffs"), and Defendants Lyft, Inc. ("Lyft"), and Defendant Barrientos Estate hereby stipulate and agree as follows regarding the briefing schedule in connection with Lyft's 12 (b)(6) Motion to Dismiss for Failure to State a Claim (ECF 5); Estate of Barrientos 12 (b)(6) Motion to Dismiss Failure to State a Claim (ECF 8); and Estate Barrientos Partial Joiner (ECF 9) (the "Motion to Dismiss"), which was filed on May 31, 2023:

1. Plaintiffs' response to Lyft's Motion to Dismiss and Defendant Barrientos Estates Joinder there in, currently due by June 21, 2023, is now due on July 10, 2023.

1

2. Defendants' Reply in Support of the Motion to Dismiss will be due by July 28, 2023.

3. This is the second request for extension of time regarding the briefing related to Lyft's Motion to Dismiss; and

4. Plaintiffs' response to Defendant Barrientos Estate's Motion To Dismiss (ECF 8) is due on July 10, 2023 and replies are due July 28, 2023

5. Good cause for this extension exists because Lyft's counsel will be on parental leave and Plaintiffs require certain documents from Metro related to its investigation which will not be available for at least 14 days.

Dated: June 23rd 2023
**REISMAN SOROKAC**

*/s/ Louis E. Garfinkel, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Phone: 702-727-6258
*Attorneys for the Defendants Lyft Inc.*

Dated: June 23rd 2023
**LAW OFFICE OF DAN M. WINDER, P.C.**

*/s/ Dan M. Winder__*
Dan M. Winder, Esq.
Nevada Bar No. 1569
Arnold Weinstock, Esq.
Nevada Bar No. 0810
3507 West Charleston Boulevard
Las Vegas, Nevada 89102
Phone: 702-878-6000
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of June, 2023.

Dated June 23rd , 2023
**KEATING LAW GROUP**

*/s/ John T. Keating, Esq.*
John T. Keating
Nevada Bar No. 6373
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Phone: 702-228-6800
Facsimile: 702-228-0443
*Attorney for Defendant*
*Estate of Romualdo Barrientos*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  June \_\_\_\_\_, 2023

3