JOHN T. KEATING
Nevada Bar No. 6373
BRADLEY T. WIBICKI
Nevada Bar No. 11321
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
bwibicki@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Estate of Romualdo Sales Barrientos Jr.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILLIAN WOODS and MELINDA HOTCHKINS, individually and as personal representative of the ESTATE OF DANISHA SMITH, NIKKI VEAL, and CAROLYN BARKER,<br><br>Plaintiffs,<br><br>vs.<br><br>LYFT, INC. a Delaware Corporation; DOES 1-5 and ROE ENTITIES 1-5 as executor or administrators of the ESTATE OF ROMUALDO SALES BARRIENTOS, JR., and DOES 6-10 and ROE ENTITIES 6-10,<br><br>Defendants. | CASE NO.: 2:23-cv-00807<br><br><br><u>STIPULATION AND ORDER TO DISMISS<br>WITH PREJUDICE</u> |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice,

///

///

///

///

1

Woods & Hotchkins, et al. vs. Lyft & Barrientos
Case No.: 2:23-cv-00807

with each party to bear their own costs and attorney's fees.

DATED this 12th day of August, 2024.　　　　　DATED this 12th day of August, 2024.

LAW OFFICE OF DAN M. WINDER, P.C.　　　　　KEATING LAW GROUP

/s/Dan M. Winder　　　　　　　　　　　　　　/s/ Bradley T. Wibicki
Dan M. Winder　　　　　　　　　　　　　　　John T. Keating
Nevada Bar No. 1569　　　　　　　　　　　　Nevada Bar No. 6373
Arnold Weinstock　　　　　　　　　　　　　　Brad T. Wibicki
Nevada Bar No. 810　　　　　　　　　　　　　Nevada Bar No. 11321
3507 W. Charleston Blvd.　　　　　　　　　　9130 West Russell Road, Ste 200
Las Vegas, Nevada 89102　　　　　　　　　　Las Vegas NV 89148
Attorney for Plaintiffs　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　*Estate of Romualdo Barrientos*

DATED this 12th day of August, 2024.

REISMAN SOROKAC

/s/Louis E. Garfinkel
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
Attorneys for *Defendant Lyft, Inc.*

## ORDER

Based upon the foregoing stipulation and good cause appearing; IT IS SO ORDERED that the above-referenced action is dismissed with prejudice, with each part to bear their own costs and attorney's fees. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13 day of August 2024.

Respectfully Submitted by:

K E A T I N G LAW GROUP

/s/ Bradley T. Wibicki
JOHN T. KEATING
Nevada Bar No. 6373
BRADLEY T. WIBICKI
Nevada Bar No. 11321
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
bwibicki@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Estate of Romualdo Sales Barrientos Jr.*